IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **JORDAN WILLIAMS,** § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No**. 3:22-CV-787-L-BK** |
| § | |
| **LOCAL ENTITIES,** § | |
| § | |
| Defendants. § | |

**ORDER**

On September 25, 2022, the United States Magistrate Judge entered the Findings, Conclusions and Recommendation of the United States Magistrate Judge (Doc. 29) ("Report"), recommending that the court, pursuant to 28 U.S.C. § 1915(e)(2)(B), dismiss with prejudice as frivolous this action by Plaintiff. No objections to the Report were filed or received as of the date of this order, and the deadline for objections has expired.

Having considered the pleadings, Report, file, and record in this case, the court determines that the magistrate judge's findings and conclusions are correct, and **accepts** them as those of the court. Accordingly, pursuant to 28 U.S.C. § 1915(e)(2)(B), the court **dismisses with prejudice** this action by Plaintiff as frivolous.

The court prospectively **certifies** that any appeal of this action would not be taken in good faith. *See* 28 U.S.C. § 1915(a)(3); Fed. R. App. P. 24(a)(3). In support of this certification, the court **accepts and incorporates** by reference the Report. *See Baugh v. Taylor*, 117 F.3d 197, 202 and n.21 (5th Cir. 1997). Based on the Report, the court finds that any appeal of this action would present no legal point of arguable merit and would, therefore, be frivolous. *See Howard v. King*, 707 F.2d 215, 220 (5th Cir. 1983). Plaintiff, however, may challenge this finding pursuant to

Order – Page 1

*Baugh v. Taylor*, 117 F. 3d 197 (5th Cir. 1997), by filing a separate motion to proceed *in forma pauperis* on appeal with the Clerk of Court, United States Court of Appeals for the Fifth Circuit, within 30 days of this order.

**It is so ordered** this 31st day of October, 2022.

Sam A. Lindsay
United States District Judge

**Order – Page 2**